IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00789-EWN-CBS

DAVID TURLEY,
    Petitioner,
v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER TO FORWARD STATE COURT RECORDS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Turley's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" pursuant to the Order of Reference dated February 17, 2006 (doc. # 31). The court determines that a review of the state court records would assist in resolving this matter. Accordingly,

    **IT IS ORDERED that on or before June 6, 2006**, the Clerk of the Court for the City and County of Denver, as the lawful custodian of the records, is requested to forward all records and transcripts of the state court proceedings in **Denver District Court Case Nos. 89CR1651 and 89CR1652** to the Clerk of the United States District Court for the District of Colorado, 901 Nineteenth Street, Denver, CO 80294-3589.

    DATED at Denver, Colorado, this 9th day of May, 2006.

                                      BY THE COURT:

                                      *s/Craig B. Shaffer*
                                      United States Magistrate Judge