IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00789-EWN-CBS

DAVID TURLEY,
        Petitioner,
v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
        Respondents.

_____

ORDER TO FORWARD STATE COURT RECORDS
_____

Magistrate Judge Craig B. Shaffer

        This civil action is before the court on Turley's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" pursuant to the Order of Reference dated February 17, 2006 (doc. # 31).  The court has determined that a review of the state court records will assist in resolving this matter.

        On May 10, 2006, the court issued two Orders to the Clerk of the Court for the City and County of Denver to forward all records and transcripts of the state court proceedings in Denver District Court Case Nos. 89CR1651, 89CR1652, and 89CR1827 to the Clerk of the United States District Court for the District of Colorado.  On May 15, 2006, the court received a letter from the Denver District Court Appeals Division, indicating that the requested records and transcripts were sent to the Colorado Court of Appeals in connection with 05CA1287.  Since the date of the letter, the court has learned that the records sent to the Colorado Court of Appeals in connection with 05CA1287 involve Petitioner's brother, Vernon Turley, not Petitioner, David Turley.

        Accordingly, IT IS ORDERED that:

        1.      The Clerk of the Court for the City and County of Denver, Denver District Court Appeals Division, as the lawful custodian of the records, is requested to forward

1

all records and transcripts of the state court proceedings in **Denver District Court Case Nos. 89CR1651, 89CR 1652, and 89CR1827, People v. David Turley**, to the Clerk of the United States District Court for the District of Colorado, 901 Nineteenth Street, Denver, CO 80294-3589 **on or before February 9, 2007**.

2.      The Clerk of the United States District Court shall mail a copy of this Order to the Denver District Court Appeals Division, Denver City and County Building, 1437 Bannock Street, Room 256, Denver, Colorado 80202.

DATED at Denver, Colorado, this 12th day of January, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge