**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 07 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 04-cv-00789-PAB-CBS

DAVID TURLEY,

    Petitioner,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED October 7, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 04-cv-00789 PAB-CBS

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

David Turley
# 45921
LCF
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

Roger Griffin Billotte - Colorado Attorney General's Office- Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __10/7/11__.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk